# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137613

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TIMOTHY EUGENE ANDREWS,
       Defendant-Appellant.

SC: 137613
COA: 277777
Van Buren CC: 06-015376-FC

_____/

      On order of the Court, the application for leave to appeal the September 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

p0120

_____
Clerk